# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE J. HARMON,<br><br>　　　　　　　Plaintiff,<br>　vs.<br><br>ELAINE CHAO, Secretary Department of Labor; ROGER WILLIAMS, Secretary of the States of Texas,<br><br>　　　　　　　Defendants. | CASE NO. 07CV376 WQH (LSP)<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO SHOW CAUSE |

HAYES, Judge:

　　On July 13, 2007, this Court issued an order to show cause notifying Plaintiff that it would dismiss this case on or after August 13, 2007, unless Plaintiff (1) paid the requisite $350.00 filing fee, or (2) filed a renewed motion to proceed in forma pauperis. (Doc. # 5).

　　Plaintiff did not comply with this Court's order on or before August 13, 2007. Accordingly, the Complaint filed by Plaintiff on February 28, 2007, is hereby dismissed without prejudice for failure to pay the requisite filing fee or file a renewed motion to proceed in forma pauperis. *See* 28 U.S.C. § 1914(a). The Clerk of the Court is ordered to close this case.

　　**IT IS SO ORDERED**.

DATED: August 16, 2007

　　　　　　　　　　　　　　　　　　　*William Q. Hayes*
　　　　　　　　　　　　　　　　　　　**WILLIAM Q. HAYES**
　　　　　　　　　　　　　　　　　　　United States District Judge